```
                    FILED
         CLERK, U.S. DISTRICT COURT

              MAY 2 8 2025

         CENTRAL DISTRICT OF CALIFORNIA
         EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　　v.<br>AllEN RogER ViAN<br>　　　Defendant. | 5:23 - CR - 00004-SSS<br><br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//

//

The court concludes:

A.  (√)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Allegation of new offenses committed while on supervision;
- Allegations of possession of firearms
- Submission to detention

(B)  (√)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Underlying allegations of failure to comply with conditions
- Failure to be truthful w/ Prob. Off. (allegated)
- Submission

IT IS ORDERED that defendant be detained.

DATED: 5/28/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE